JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**

22 CR 055 JDP

**Related Case Information:**

City: _____

County/Parish: Columbia County

Superseding _____   Docket Number

Same Defendant _____   New Defendant _____

Related case numbers: 22cr44 and 22cr54

Magistrate Judge Case Number 19-mj-64

Search Warrant Case Number _____

R 20 / R40 from District of _____

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MAY 1 1 2022
FILED/REC'D
CLERK OF COURT

**Defendant information:**

Matter to be Sealed _____ Yes   ✓ No

Def. Name: Didion Milling, Inc.

Alias Name: _____

City/State: Sun Prairie Wisconsin

Year of Birth: _____   Last 4 digits of SSN _____

Sex: _____   Race: _____

**U.S. Attorney Information:**

SAMUEL CHARLES LORD   Bar #: _____

Interpreter: _____ No   _____ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date: _____

_____ Already in Federal Custody as of: _____ in _____

_____ Already in State Custody

_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 8   _____ Petty   _____ Misdemeanor   ✓ Felony

_____ Class A

_____ Class B

_____ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Fraud Conspiracy | 1 |
| Set 2 | 29 U.S.C. § 666(e) | Willful OSHA Violation Causing Death | 2-3 |
| Set 3 | 18 U.S.C. § 371 | Conspiracy | 4 |
| Set 4 | 18 U.S.C. § 1519 | Document Falsification in Contemplation of Federal Investigation | 5 |
| Set 5 | 18 U.S.C. § 1001(a)(3) | False Entries in Record Within EPA's Jurisdiction | 6-7 |
| Set 6 | 18 U.S.C. § 1505 | Obstruction of Agency Proceedings | 9 |

Date: _____   Signature   /s/   SAMUEL CHARLES LORD