IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.                                                                Case No. 22-cr-55-jdp

DIDION MILLING, INC.,
DERRICK CLARK,                                ORDER
SHAWN MESNER,
JAMES LENZ,
JOSEPH WINCH,
ANTHONY HESS, and
JOEL NIEMEYER,

                    Defendants.

---

## ORDER

At the joint request of the parties, the Court recently continued the status hearing originally scheduled for August 30, 2022, until November 10, 2022. Dkt. 88. The Court finds under Title 18, United States Code, Section 3161(h)(7) that continuing the matter to November 10, 2022, serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights given that this is a complex, multi-defendant case and that more time is needed for the government to complete non-expert discovery disclosures and for the defendants to complete an initial review of the discovery prior to further scheduling. It is ORDERED that the period from and including August 30, 2022, to and including November 10, 2022, shall be excludable in computing time under the Speedy Trial Act.

BY THE COURT:

Entered this 30th day of August, 2022.

HON. JAMES D. PETERSON
U.S. District Judge